Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED
December 21, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
                    DEPUTY

## UNITED STATES DISTRICT COURT
for the
WESTERN District of _____
_____ Division

Plaintiff(s): LARRY DEWAYNE GARRETT

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): alVaRado Sgt, KRAFT, mooRE WYDIE Adams, Price, Galispy Black, Price, OTher also

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 6:23-cv-875
(to be filled in by the Clerk's Office)

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Larry DeWayne GARRETT
   All other names by which you have been known: Larry LuvALot, HIP HOP LARRY
   ID Number: 78629, 637069, 524083
   Current Institution Address: 700 Hill Big Road, Conroe, Texas 77301
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Alvarado
   Job or Title (if known): Sgt Bell County Jail
   Shield Number:
   Employer:
   Address: Belton, Texas 76513
   City / State / Zip Code
   [ ] Individual capacity   [ ] Official capacity

   Defendant No. 2
   Name: Kraft
   Job or Title (if known): Lt Bell County Jail
   Shield Number:
   Employer:
   Address: Belton, Texas 76513
   City / State / Zip Code
   [ ] Individual capacity   [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Gillaspey
Job or Title (if known):
Shield Number: Slamming my arm
Employer: In Bean shoot
Address: multiple times

City / State / Zip Code

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
Name: People in Classification
Job or Title (if known):
Shield Number: I need picture
Employer: Line up
Address:

City / State / Zip Code

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

They Denied me Due process of Law Tampered with my mail Block my mail Telephone Call visits from Family - Sexual Assaulted me, falsified medical records, told my parole officer I wasnt their

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? My mail was Being Tampured with and also my Bank account Block my Legal visit, Didnt allow me to have no Contact with anyone outside The Jail, PREA-0 -Tolerance Sexual Assault

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I was once Held IN hand cuffs Behind my Back and The officer Alcoza grabbed

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

My private and was moving his hand over my private part Back and forth many Times

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☑ Other *(explain)* I, Been To Court, Judge Ivy Told Them To Release me

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

I was Hit IN mouth By Stun gun and Pistol By KPD

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

I was Jumped AT car LoT By Two civilians and A cop KPDD Blood coming from my mouth and He Lied and said I spat on Him

Page 4 of 11

C. What date and approximate time did the events giving rise to your claim(s) occur?

February 23 2023 I was sexual ly Assaulted By Alvarado Grant c/o and Alcoza at Intake arriving to Jail

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Ms Coke a caporal saw the sexual assault. Ms. Proto, Officer Cpl Garrett saw Internal Affair seen the film what took place, Later in week gased and

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

my Dignity, my pride my Self Esteem, my Character, Respect They Sexual Assaulted me the nurse Seen it, all Officers In Intake after that thrown in Segeration starved me and posioned me

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want them to pay for all these Days and years I been falsly locked up. It about 10 yrs In Bell County off and on for no reason 2016 all the way up until Now, 2012, 2014, 2019 until Now was out a few days

Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.  Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Bell County Jail Belton Texas

2. What did you claim in your grievance? About No Due Process, PREA-o-Tolerance Sexual Assault, Not feeding me, putting sulfur in my food I'm allergic

3. What was the result, if any? They started doing me worse Block my mail Tamper my money Block visits gas me Stunning me

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Kept filing Grievances and complaining, about The Assault Starvation Shoulder Separated Twice Thumb Cracked Etc

Page 7 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   I filed

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   I filed

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   See attached pages

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes
☐ No

The State made sure I couldn't reach my Time Line, shipping me Here

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Western District

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-13-2023

Signature of Plaintiff: *Larry Dewayne Garrett*
Printed Name of Plaintiff: Larry Dewayne Garrett
Prison Identification #: 637069, 524085, 28622
Prison Address: Ro Sharon Texas

Conore         Tx      77301
City           State   Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____

_____  _____  _____
City          State          Zip Code

Telephone Number: _____
E-mail Address: _____

Page 11 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

[✓] Yes

[ ] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) ___623-CV-607___
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   ___WESTERN DISTRIC Rm 380___

3. Docket or index number
   ___623-CV-607___

4. Name of Judge assigned to your case
   ___HoRNaBle JuDge AlBRight___

5. Approximate date of filing lawsuit
   ___6 23 2023___

6. Is the case still pending?

   [ ] Yes

   [✓] No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   ___Dismisse Could nT get PaPeR woRk Done In Time no Due Process of Law___

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
   ___No just This one and The 1st one___

Page 9 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   Larry Garrett
   Defendant(s)   Alcoza Sexual Assault

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Western Dist United States

3. Docket or index number   6-23-cv-607

4. Name of Judge assigned to your case   Honorable Judge Van Albright

5. Approximate date of filing lawsuit   August 2023

6. Is the case still pending?
   ☐ Yes
   ☑ No
   If no, give the approximate date of disposition   Nov 9 2023

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   I couldnt get materials like now and no acess To Law Library No mailing supplies got Time Barred No Due Process of Law

Page 10 of 11

LARRY DEWAYNE CORBETT
700 Hill Big Road
Conroe, Texas 77301

RECEIVED
DEC 21 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
800 FRANKLIN AVENUE Rm 380
WACO TEXAS 76701