# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **LARRY DEWAYNE GARRETT** | § | |
| | § | |
| **V.** | § | **W-23-CA-875-ADA** |
| | § | |
| **SGT ALVARADO, et al.** | § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's civil rights complaint. Plaintiff is seeking leave to proceed in forma pauperis. Plaintiff has already filed a nearly identical civil rights complaint in Cause No. W-23-CV-849-ADA raising the same claims as raised in the instant lawsuit. That case is still pending before the Court. The Fifth Circuit has held it is "malicious" for a pauper to file a lawsuit that duplicates allegations of another pending federal lawsuit by the same plaintiff. *Pittman v. Moore*, 980 F.2d 994 (5th Cir. 1993). Because Plaintiff's claims in this lawsuit duplicate allegations contained in Cause No. W-23-CV-849-ADA, Plaintiff's complaint will be dismissed as malicious.

It is therefore **ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** as malicious and this case is **CLOSED**.

**SIGNED** on January 19, 2024

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1